**Dismiss and Opinion Filed January 19, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00939-CV

### AP DEEP ELLUM, LLC, Appellant
### V.
### BRAINDEAD DEEP ELLUM, LLC, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-21-01561-A**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Osborne

By joint motion filed January 12, 2022, the parties inform the Court they have

settled their dispute and request we dismiss the appeal with prejudice. *See* TEX. R.

APP. P. 42.1(a). We grant the motion and dismiss the appeal with prejudice. *See id.*


210939f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

AP DEEP ELLUM, LLC, Appellant

No. 05-21-00939-CV        V.

BRAINDEAD DEEP ELLUM, LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-21-01561-A.

Opinion delivered by Justice Osborne, Justices Schenck and Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

Subject to any agreement between the parties, we **ORDER** that appellee Braindead Deep Ellum, LLC recover its costs, if any, of this appeal from appellant AP Deep Ellum, LLC.

Judgment entered this 19th day of January, 2022.